UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| OMAR MILLER, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO. 3:14CV766(RNC) |
| MARK BUCHANAN, | : | |
| Defendant. | : | |

ORDER AND MEMORANDUM OF CONFERENCE

On September 1, 2017, the court held a show cause hearing as to whether sanctions should be imposed for the defendant's failure to comply with the court's discovery orders. See doc. #75. The self-represented plaintiff appeared by videoconference and Assistant Attorneys General Parille and O'Neill (who will be taking over the litigation) attended in person.

In June 2017, the court granted the plaintiff's motion to compel as to certain discovery requests. (Doc. ##36, 52.) All told, these requests have been the subject of three court orders directing the defendant's compliance.[1]  See doc. ##52, 65, 75. Notwithstanding, production remains incomplete. Two discovery requests are outstanding: (1) the plaintiff's production request seeking certain policies and procedures contained in the Utilization Review Manual (see doc. #36, ex. 7, ¶2) and (2) the plaintiff's health records prior to 2005. By September 8, 2017,

---

[1]The defendant did not produce certain responses until August 29, 2017, which coincided with the defendant's deadline in which to respond to the court's show cause order. See doc. #75.

Attorney O'Neill shall meet with the plaintiff and Rikel Lightner to resolve these outstanding issues.

By September 15, 2017, the parties shall file a joint status report.

SO ORDERED at Hartford, Connecticut this 1st day of September, 2017.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge